IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'24 MAR 21 PM 4:08

Oluyinka Carol Rivadeneira
Jose Ricardo Rivadeneira
Ugo Chunaku-Ali

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Peter Drury & Drury Company
Behrous Rahmi & AC Delco Line

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. PX 24CV0847

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ugo Onunakwuali
Jose Ricardo Rivadeneira
Oluyinka Carol Rivadeneira
Street Address: 6708 Newport Rd
City and County: Hyattsville
State and Zip Code: MD 20784
Telephone Number: 240-596-4270
E-mail Address: sbemoco1@gmail

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Behrouz Rahmi
Job or Title (if known): AC Delco Line
Street Address: 8600 Brickyard Rd
City and County: Potomac, MD 20854
State and Zip Code: MD 20854
Telephone Number: 240.508.6689
E-mail Address (if known):

2

Defendant No. 2

| | |
|---|---|
| Name | Peter Drury |
| Job or Title (if known) | Drury Company |
| Street Address | 9303 Rhode Island AVE |
| City and County | College Park |
| State and Zip Code | MD 20740 |
| Telephone Number | 240-426-7359 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question       ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article 1 sec 10 the obligation of a contract
U.S. Code Title 26 § 11 § § 886 Taxes
U.S. Code §1332 Title 28

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Ugo Onunaku Ubi, is a citizen of the State of *(name)* Foreign Trust situs Nigeria (Biaffra)

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Peter Drury, is a citizen of the State of *(name)* Maryland. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* AC Delco Line llc, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Due to assult, damage to property, mechanic's lein, defamation of Character, deprivation of Right, Fee schedule for suit $200,000

5

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

When lease started between the landlord Peter Drury & Mr & Mrs Rivadeneira the building need a major renovation before a certificat of Occupancy & Commerce could start. Due to such circumstances the landlord told Mr & Mrs Rivadeneira that he would wait & accomadate the rent to wait till commerce would start. But when finished the major renovation the landlord filed a suit for back due rent. Which was against the implied agreement to wait & accomadate. So through the court case adjudication we "Mr & Mrs Rivadeneira" tendered the debt. 45 days after the debt was tendered the property was burglarized / broken into / trespassed by sheriff deputies with their service weapons drawn. Mr & Mrs Rivadeneira was alerted by their video surveilence camera showing a great view of the break in. Mrs Rivadeneira called the Landlord and started tell him what are you all doing, the landlord started arguing and the sheriff heard Mrs Rivadeneira and demanded to speak. When the sheriff realized that they was conducting an illegal eviction. The sheriff ordered everything to be put back in. The door, table & other property was damaged and/or needed repairs. After the illegal eviction was stopped by the sheriff the following week the landlord filed another suit for money rent owed. So there was a eviction set for April 3 2024, and another suit was filed for more claims of rent owed that court date is set for 3/22/2024 at 1pm.

We are sueing for $200,000 for the damages and mental & physical stress Mr & Mrs Rivadeneira has went threw from being sued, mental & physical stress, to the effect it has had on the business commerce. Most notable is when the sheriff & the landlord brok in and the sheriff had guns drawn, to the property damages.

and more lawsuits that the Landlord has filed. What is also very concerning is the fact that the Landlord has not given any tax forms to show that the income received is filed with the IRS.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Mr. & Mrs. Rivadeneira is seeking $200,000 so to relief for the property and mental & physical strife. And would allow the business to recover and start to due commerce. And an injunction to stop hand held from further harassment and imminent danger.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-21, 2024

Signature of Plaintiff: _/s/_

Printed Name of Plaintiff: Olayinka Rivadeneira

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____

March 21-24
Jose R Rivadeneira
*[signature]*

Ugo Onunaku-Ali Trustee
*[signature]* Onunaku-Ali